**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LOUIS RODITE,

                Respondent

          v.

AMBER CABOT, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE OF
MICHAEL CABOT, DECEASED,

                Petitioner

: No. 137 MM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2016, the Emergency Application for Reinstatement of Automatic Supersedeas on Execution of Judgment for Possession is denied.